# In the United States Court of Federal Claims

No. 17-1657 L

Filed: December 21, 2017

```
*************************************
                                    *
ANDRUS, et al.,                     *
                                    *
   Plaintiffs,                      *
                                    *
v.                                  *
                                    *
THE UNITED STATES,                  *
                                    *
   Defendant.                       *
                                    *
*************************************
```

## ORDER REGARDING JUDICIAL ASSIGNMENT

The Honorable Lydia Kay Griggsby, of the United States Court of Federal Claims, is hereby assigned to manage and adjudicate all matters in the above-captioned case. The Honorable Elaine D. Kaplan is no longer assigned to the above-captioned case.

**IT IS SO ORDERED.**

s/ Susan G. Braden
**SUSAN G. BRADEN**
**Chief Judge**